B. Jay Jackson, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**CHRISTIAN, J.**

The offense is manufacturing intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

**PER CURIAM.**

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

**THOMAS v. STATE.**

No. 13928.

Court of Criminal Appeals of Texas.

Oct. 15, 1930.

B. Jay Jackson, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**MARTIN, J.**

Offense, the unlawful possession of equipment for manufacturing liquor capable of producing intoxication; penalty, one year in the penitentiary.

This record is here without any statement of facts or bill of exception. Nothing is presented for review.

The judgment is affirmed.

**PER CURIAM.**

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

**THOMAS v. STATE.**

No. 13929.

Court of Criminal Appeals of Texas.

Oct. 15, 1930.

B. Jay Jackson, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

**CHRISTIAN, J.**

The offense is manufacturing intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

**PER CURIAM.**

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

**POTEET et al. v. STATE.**

No. 13725.

Court of Criminal Appeals of Texas.

Oct. 15, 1930.

Jno. T. Spann, of Crystal City, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.